UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-cv-21643-KMW

CARLOS ENRIQUE HILLER SANCHEZ,
individually and for others similarly situated,

      Plaintiff,

vs.

RAYMOND JAMES & ASSOCIATES, INC.,
a Florida corporation, and JOEL BURSTEIN,
a Florida resident,

      Defendants.
_____/

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Those parties that have appeared in the above-captioned lawsuit have met and conferred and respectfully submit this Stipulation and the Proposed Order filed concurrently herewith:

WHEREAS, on June 29, 2016, the Court entered an Order staying proceedings in this Action pending determination of a motion to transfer several related cases which was pending before the United States Judicial Panel on Multidistrict Litigation at the time (D.E. # 28);

WHEREAS, on July 25, 2016, the J.P.M.L. issued an order deeming the motion to transfer moot (*see* Ex. A);

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER** (*see* proposed order attached as Ex. B) **AS FOLLOWS:**

    **1.**    This Action shall be dismissed without prejudice.

    **2.**    Costs shall not be taxed pursuant to Federal Rule of Civil Procedure 41(d).  Each party shall bear their own costs and fees.  This dismissal without prejudice shall not be counted

CASE NO. 0:16-cv-21643-KMW              2

for purpose of applying the two-dismissal rule set forth in Federal Rule of Civil Procedure 41(a)(1)(B).

Dated: July 27, 2016.

                              Respectfully Submitted,

| *Attorneys for Carlos Enrique Hiller Sanchez* | *Attorneys for Raymond James & Associates, Inc.* |
|---|---|
|      /Paul Aiello/ |      Stanley Howard Wakshlag |
| Paul Aiello | Stanley Howard Wakshlag |
| paiello@bennettaiello.com | swakshlag@knpa.com |
| Michael Bennett | Deborah Sampieri Corbishley |
| Mbennett@bennettaiello.com | dcorbishley@kennynachwalter.com |
| Jeremy Kreines | Janelle M. Ans |
| jkreines@bennettaiello.com | jans@knpa.com |
| BENNETT AIELLO | Ryan C. Zagare |
| The Ingraham Building, Eighth Floor | rzagare@knpa.com |
| 25 Southeast Second Avenue | KENNY NACHWALTER, P.A. |
| Miami, Florida 33131-1603 | Four Seasons Tower |
| Phone: (305) 358-9011 | 1441 Brickell Avenue |
| Facsimile: (305) 358-9012 | Suite 1100 |
| | Miami, Florida 33131-4327 |
| | Telephone: (305) 373-1000 |
| | Facsimile: (305) 372-1861 |

*Attorneys for Joel Burstein*

      /Joshua Arnold Katz/
Joshua Arnold Katz
jak@sallahlaw.com
Sallah Astarita & Cox, LLC
One Boca Place
2255 Glades Road
Suite 300E
Boca Raton, FL 33431
Telephone: (561) 989-9080
Facsimile: (561) 989-9020