UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-21643-KMW

CARLOS ENRIQUE HILLER SANCHEZ,

    Plaintiff,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
and JOEL BURSTEIN,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the parties' stipulation regarding voluntary dismissal of action pursuant to Federal Rule of Civil Procedure 41 (DE 30) and a Telephonic Status Conference held on August 4, 2016.  The Court having reviewed the stipulation and the record, and for the reasons discussed at the Telephonic Status Conference, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  Costs shall not be taxed based upon Rule 41(d) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own costs/fees.  The parties have agreed and stipulated that this Order shall not be counted for purpose of applying the two-dismissal rule in Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.  All pending motions are **DENIED AS MOOT**.  All deadlines and hearings are **CANCELED**.  The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE